SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059

Attorney for Plaintiff
Paul Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SINGH<br><br>            Plaintiff,<br><br>                    vs.<br><br>BHUPINDER BAIDWAN,<br>aka Paul Baidwan ; and<br>DOES 1-100;<br><br>            Defendants | Case No. 2:14-CV-00603-LKK-<br><br><br>Order |

**GOOD CAUSE APPEARING,** the Notice of Appeal, (Docket #27) and Statement of Representation (Docket #28) filed on July 7, 2014 are hereby accepted as having been timely filed, pursuant to Fed. R. App. P. 4(a) (5) (A) (i).

IT IS SO ORDERED.

DATED: July 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1